# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 18, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

Rehearing No. 542

2 April 2007

130150

GEORGE H. GOLDSTONE,
        Plaintiff-Appellant,

v

BLOOMFIELD TOWNSHIP PUBLIC LIBRARY,
        Defendant-Appellee.
_____

SC: 130150
COA: 262831
Oakland CC: 04-060611-CZ

In this cause, a motion for rehearing is considered and it is DENIED.

Cavanagh, Weaver and, Kelly, JJ. would grant rehearing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2007

Clerk